**Ray BOTTORFF, Respondent,**

v.

**John STINSON, Appellant.**

**No. WD 34530.**

Missouri Court of Appeals, Western District.

Jan. 31, 1984.

---

Bob F. Griffin and Stephen K. Griffin, Griffin, Griffin & Poland, Cameron, for appellant.

George M. Ely, Hamilton, for respondent.

Before PRITCHARD, P.J., and MANFORD and NUGENT, JJ.

## ORDER

PER CURIAM:

This is an appeal from a jury award for $12,600.00 in a civil action for monies claimed due as the value for services performed.

Judgment affirmed. Rule 84.16(b).